UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   RONALD J RAHL                           CASE NO : 05-13799
         PATTY B RAHL

        DEBTORS                                  CHAPTER 7

APPLICATION TO DEPOSIT UNCLAIMED FUNDS

NOW COMES Samera L. Abide, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $913.14 representing dividend held for the party whose name is listed on Exhibit 1 which is attached to this motion.

s/Samera L. Abide
Samera L. Abide, Bar No. 2288
Trustee
17732 Highland Road, Suite G PMB107
Baton Rouge, LA  70810-3813
Telephone:  (225) 923-1404

Certificate of Service

I hereby certify that the Application to Deposit Unclaimed Funds have been served on the United States Trustee, Texaco Center, Suite 2110, 400 Poydras Street, New Orleans, LA 70130, by placing a copy of same in the United States mail, first class, postage prepaid and properly addressed on this day.

Date: 11/08/07

s/Samera L. Abide
Samera L. Abide

Page No: 1

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-13799 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | RAHL, RONALD J. AND RAHL, PATTY B. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 766219736 | | Checking Acct #: | 7152053799 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/8/2005 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/8/2007 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ |
| 03/06/2007 | | Transfer From: # 815205379 | Transfer to Close Account | 9999-000 | $4,509.12 | |
| 06/28/2007 | 2001 | Samera L. Abide | Trustee Expenses | 2200-000 | | $116.88 |
| 06/28/2007 | 2002 | Samera L. Abide | Trustee Compensation | 2100-000 | | $1,127.28 |
| 06/28/2007 | 2003 | COOPER CREDIT | Final Claim #: 1; Dividend: 20.88; | 7100-000 | | $941.71 |
| 06/28/2007 | 2004 | Citibank (USA) N.A. | Final Claim #: 3; Dividend: 27.17; | 7100-000 | | $1,225.53 |
| 06/28/2007 | 2005 | Citibank (USA) N.A. | Final Claim #: 4; Dividend: 4.09; | 7100-000 | | $184.58 |
| 06/28/2007 | 2006 | AMERICAN COLLECTIONS ENTERPRISE | Final Claim #: 5; Dividend: 20.25; | 7100-000 | | $913.14 |
| 11/07/2007 | 2006 | STOP PAYMENT: AMERICAN COLLECTIONS ENTERPRISE | Stop Payment for Check# 2006 | 7100-004 | | ($913.14) |

**Totals:** $4,509.12 $3,595.98

| | | | | balance: |
|---|---|---|---|---|
| | | | | $4,509.12 |
| | | | | $4,392.24 |
| | | | | $3,264.96 |
| | | | | $2,323.25 |
| | | | | $1,097.72 |
| | | | | $913.14 |
| | | | | $0.00 |
| | | | | $913.14 |

TOTALS: $4,509.12 $3,595.98
Less: Bank transfers/CDs $4,509.12 $0.00
Subtotal $0.00 $3,595.98
Less: Payments to debtors $0.00 $0.00
Net $0.00 $3,595.98

**For the period of 10/8/2005 to 11/8/2007**

| | | **For the entire history of the account between 03/06/2007 to 11/8/2007** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,509.12 | Total Internal/Transfer Receipts: | $4,509.12 |
| Total Compensable Disbursements: | $3,595.98 | Total Compensable Disbursements: | $3,595.98 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,595.98 | Total Comp/Non Comp Disbursements: | $3,595.98 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**EXHIBIT 1**