UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   RONALD J RAHL                                    CASE NO.: 05-13799
         PATTY B RAHL

         DEBTORS                                          CHAPTER 7

ORDER

CONSIDERING the Application to Deposit Unclaimed Funds filed by Samera L. Abide, trustee and the representations therein,

IT IS ORDERED that funds in the total amount of $913.14 be deposited into the Treasury of the United States in accordance with 28 U.S.C. 2041 and held for the following party:

| PARTY | AMOUNT |
|---|---|
| American Collections Enterprise | 913.14 |

Baton Rouge, Louisiana, November 9, 2007.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE